UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIKEVA RILEY,

Plaintiff(s),

v.

T-MOBILE USA INC.,

Defendant(s).

CASE NO. C26-1833-KKE

**ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

Plaintiff Nikeva Riley ("Plaintiff") and Defendant T-Mobile USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendant executed a waiver of the service of summons in this action on June 25, 2026, making Defendant's current deadline to answer or otherwise respond to Plaintiff's Complaint August 24, 2026. (Dkt. 10).

2. Since Defendant executed its waiver of service, the Parties have engaged in preliminary, good-faith discussions concerning the scope of Plaintiff's claims, with the goal of narrowing the issues in dispute. Additional time is needed for the Parties to continue these discussions in a meaningful way.

3. Good cause exists to grant the requested extension. This is the Parties' first request for an extension of this deadline, and no party will be prejudiced by the requested extension. The extension is sought in good faith and is not sought for purposes of delay.

4. Accordingly, the Parties respectfully request that the Court extend Defendant's deadline to answer or otherwise respond to the Complaint from August 24, 2026, up to and including September 23, 2026.

IT IS SO STIPULATED.

Dated: August 24, 2026

*/s/ Andrew Lemmon*

Andrew Lemmon
16212 Reitan Road NE
Bainbridge Island, Washington 98110
Telephone: (984) 257-5987
Email: alemmon@brysonpllc.com

Kevin J. Stoops, Esq. *(pro hac vice)*
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: (248) 355-0300
Email: kstoops@sommerspc.com

Attorneys for Plaintiff

*/s/ Elena Gutbrod*

Elena Gutbrod, WSBA #61074
egutbrod@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington 98101.3122
Telephone: 206.623.3300
Facsimile: 206.447.6965

Attorneys for Defendants

**ORDER**

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY **ORDERED** that Defendant shall have until September 23, 2026, to answer or otherwise respond to the Complaint.

ORDER ENTERED, this 25th day of August, 2026.

Kymberly K. Evanson
United States District Judge