UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKEVA RILEY,<br><br>Plaintiff(s),<br>v.<br><br>T-MOBILE USA INC.,<br><br>Defendant(s). | CASE NO. C26-1833-KKE<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE NAMED PLAINTIFF** |

Before the Court is Plaintiff's Unopposed Motion to Substitute Named Plaintiff. The Court, having considered the motion and for good cause shown, finds that the requested relief should be granted.

The Court therefore ORDERS that the current opt-in Plaintiff, Justin Hamilton, will substitute for Nikeva Riley as the named Plaintiff, and Nikeva Riley will be dismissed from this case without prejudice. The clerk is directed to change the case caption to reflect Justin Hamilton as the named Plaintiff in this case.

Dated this 17th day of September, 2026.

Kymberly K. Evanson
United States District Judge