UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN HAMILTON,

Plaintiff(s),

v.

T-MOBILE USA INC.,

Defendant(s).

CASE NO. C26-1833-KKE

CASE SCHEDULE

Upon review of the parties' joint status report (Dkt. No. 17), the Court ORDERS that this case shall conform to the following schedule:

| **EVENT** | **DEADLINE** |
|---|---|
| Joining additional parties | November 6, 2026 |
| Phase one of discovery | April 30, 2027 |
| Plaintiff's motion for class certification | May 28, 2027 |
| Defendant's opposition to motion for class certification | June 28, 2027 |
| Plaintiff's reply in support of motion for class certification. | July 12, 2027 |

The remainder of the case schedule will be set after the Court's resolution of the motion for class certification.

Dated this 7th day of October, 2026.

Kymberly K. Evanson
United States District Judge