UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN HAMILTON,<br><br>Plaintiff(s),<br>v.<br><br>T-MOBILE USA INC.,<br><br>Defendant(s). | CASE NO. C26-1833-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT |

This matter comes before the Court on the parties' stipulated motion seeking an extension for defendant to answer or otherwise respond to plaintiff's complaint. The motion is GRANTED. Dkt. No. 20. Defendant shall have until October 28, 2026, to answer or otherwise respond to the complaint. If plaintiff files an amended complaint in the interim, defendant shall file its responsive pleading no later than 14 days after the filing of the amended complaint.

Dated this 15th day of October, 2026.

Kymberly K. Evanson
United States District Judge